IC

FILED

AUG 29 2025 KA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Debra Sauer, | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | Case: 1:23-cv-15645 |
| Extra Space Storage, Inc. | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S PETITION
for LEAVE TO FILE 3rd AMENDED COMPLAINT**

The Plaintiff seeks an extension of time to file a 3rd Amended Complaint.

1. Previously, this Court granted 2 weeks extension of time, until August 20th, **which was not enough time,** because it wasn't until August 21st, that Plaintiff received email confirmation of the actual closing time for the auction which took place November 2nd, 2023.

2. The Plaintiff seeks 6 weeks extension of time and for leave to file a 3rd Amended Complaint, to add a new Defendant and for requisite revision of her Complaint.

Dated 8/29/25        /s/___*Debra J. Sauer*___
                     Debra J. Sauer
                     2735 N. Clark #102
                     Chicago, IL 60614
                     (224)518-0066

1

quidproquo29@gmail.com

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law, the undersigned certifies that the statements set forth in this document are true and correct, except as to matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid that she verily believes the same to be true.

Dated 8/29/25              /s/___*Debra J. Sauer*___
                           Debra J. Sauer
                           2735 N. Clark #102
                           Chicago, IL 60614
                           (224)518-0066
                           quidproquo29@gmail.com

## CERTIFICATE OF SERVICE

Speaking under oath as if in open court, the Plaintiff avers that she will have provided a true copy of the foregoing to: all parties who have listed on the service list.

Dated 8/29/25              /s/ ___*Debra J. Sauer*___
                           Debra J. Sauer, pro se
                           2735 N. Clark #102
                           Chicago, IL 60614
                           (224)518-0066
                           quidproquo29@gmail.com

12:49 ...ll LTE

✕ Auction Id 3449827.pdf

## Auction ID 3449827/Unit 423

**Auction Page (as of 8/20/25)** ←⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ received via email 8/21

### Auction Details

Auction ID: 3449827



**LIEN UNIT**
**Extra Space Storage #3382**

Auction Location: Chicago, IL
Approx. Size: 10 X 10
Cleaning Deposit: $100

Cleanout Time: 48 Hrs
Sales Tax: 10.25%
Payment Options: Cash

**Unit Appears to Contain:**
Boxes, furniture, seems to be antiques- unit is full

Final High Bid
**$220**

Auction ended on Nov 2, 2023 at 10:00 AM
(America/Phoenix)

**Auction Categories:**

| Boxes | Clothing & Shoes |
|---|---|
| Collectibles | Documents & Files |
| Household Furniture | Lamps |
| New Merchandise | Old Stuff |

This auction has ended.

Bids on this unit: 0      Visitors to this page: 235

### Auction Details

You are viewing a self storage auction located at 1955 N Pulaski Rd, Chicago IL 60646. This online auction is being hosted by Extra Space Storage #3382. The contents of this 10 x 10 approx. sized storage unit appears to contain boxes, clothing & shoes, collectibles, documents & files, old stuff, and much more. Be sure to bid now, as this auction ends on Nov 2, 2023 10:00 AM. Time is running out. Happy Bidding!

### Additional Information

NOTICE TO BUYERS: This is to inform the buyers prior to the sale that all bidders must register with Storage Treasures and by doing so acknowledge these rules of the auction. [...remainder of paragraph partially illegible...]

### Auction Rules

**NOTICE TO BIDDERS:** When placing a bid, the buyer accepts the fact that he or she is entering into a legally binding contract. The following auction rules apply: (Highlights from Terms of Use)

- $10 Bid Increments
- Bids placed within the last 3 minutes will extend the auction by 3 minutes. (Refresh your screen often to see the most updated bid amount.)
- Upon auction winning, the StorageTreasures Buyer's Premiums are as follows:
  - Basic Bidder ($0.00/mo) – 15%
  - ProBidder ($10.00/mo) – 11%
  - ProBidder Max ($20.00/mo) – 10%
  - ProBusiness ($30.00/mo) – 9%
- The high bid amount is limited per membership, based on successful closed auction experience. A bidder may not bid over $1,000 until the following number is successfully bid, won, and cleaned out within facility policy:
  - Basic Bidder ($0.00/mo) – 5 wins before $1,000+ bids can be made
  - ProBidder ($10.00/mo) – 3 wins before $1,000+ bids can be made
  - ProBidder Max ($20.00/mo) – No limitation on $1,000+ bids
  - ProBusiness ($30.00/mo) – No limitation on $1,000+ bids
- The number of auctions a bidder can be the highest bidder of at any time is limited by membership. Auction leader/highest bidder restrictions are as follows:
  - Basic Bidder ($0.00/mo) – 3 auctions at one time
  - ProBidder ($10.00/mo) – 5 auctions at one time
  - ProBidder Max ($20.00/mo) – 10 auctions at one time
  - ProBusiness ($30.00/mo) – Unlimited number of auctions at one time
- The distance a bidder may bid from their zip code is limited by membership. Auction distance bidding is enforced as follows:
  - Basic Bidder ($0.00/mo) – 200 Miles from zip code
  - ProBidder ($10.00/mo) – 500 Miles from zip code
  - ProBidder Max ($20.00/mo) – 1000 Miles from zip code
  - ProBusiness ($30.00/mo) – No limit to the distance from zip code
- In case the buyer premium amount, considering the premium percentages, is lower than $10, a minimum premium of $10 will be applied.
- In addition to the buyer premium, a 10% deposit of the sale price may be charged to the card on file.
- The defaulted tenant has the legal right to cure the account thus canceling the auction up until the cash payment is received from the winning bidder unless otherwise stated in the state's lien laws or by the storage facility.
- The cleaning [REDACTED]
- The storage [REDACTED]