

BC

**FILED**
4/12/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EE



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Debra Sauer, ) | |
| Plaintiff ) | |
| v. ) | |
| ) | Case: 1:23-cv-15645 |
| Extra Space Storage, Inc., ) | |
| Mr. Daniel Walker, ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S MOTION FOR AN EXTENSION TO FILE FOURTH AMENDED COMPLAINT**

1. The Plaintiff informs the Court: that she was injured on Thursday, March 26th, and has sustained a broken bone (rib #10). (Medical records are attached hereto).

2. Also attached is a printout from ChatGPT which estimates two (2) months time to recover.

3. Therefore, the Plaintiff pleads for two months extension of time within which to compose and file her Fourth Amended Complaint.

4/12/26                                        /s/ ___*Debra J. Sauer*___

1

Debra J. Sauer, *pro se*
2735 N. Clark #102
Chicago, IL 60614
(224)518-0066
quidproquo29@gmail.com

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law, the undersigned certifies that the statements set forth in this document are true and correct, except as to matters therein stated to be on information and belief and as to such matters, the undersigned certifies as aforesaid that she verily believes the same to be true.

4/12/26                                   /s _ _ _*Debra J. Sauer*_ _ _
Debra J. Sauer, *pro se*
2735 N. Clark #102
Chicago, IL 60614
(224)518-0066
quidproquo29@gmail.com

## CERTIFICATE OF SERVICE

I, Debra Sauer, do hereby affirm that I will provide a true copy of the foregoing to: all parties listed on the service list.

2

4/12/26

/s/___*Debra J. Sauer*___
Debra J. Sauer, *pro se*
2735 N. Clark #102
Chicago, IL 60614
(224)518-0066
quidproquo29@gmail.com

3